FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IMMANUEL CHREISMAN, a.k.a. Jospeh Tyler Littlefield (DOC # 367229), <br><br> Plaintiff, <br><br> vs. <br><br> JENNIFER ADAMS, JANE DOE JORDAN, PAUL DANIELS, KARI STYLES, ROBERT JACKSON, JANE DOE, JOHN DOE and SANDY JACOBSEN, <br><br> Defendants. | No. 4:25-cv-05129-MKD <br><br> ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION <br><br> ECF No. 2 |

By Order filed October 28, 2025, the Court directed Plaintiff, an individual incarcerated at the Washington State Penitentiary, to show cause under 28 U.S.C. § 1915(g) why the Court should grant leave to proceed *in forma pauperis*. ECF No. 6. In the alternative, Plaintiff could have paid the $405.00 filing fee ($350.00

ORDER - 1

statutory filing fee, plus $55.00 administrative fee).  *Id.*  On November 26, 2025, the Court granted Plaintiff additional time, until December 22, 2025, to do so. ECF No. 8.

Plaintiff has failed to show cause or to pay the filing fee for this action. Having reviewed Plaintiff's submissions, the Court finds that Plaintiff has failed to demonstrate eligibility to proceed *in forma pauperis* under 28 U.S.C. § 1915(g), or to show that Plaintiff was under imminent danger of serious physical injury when the Complaint was filed.  *See Andrews v. Cervantes*, 493 F.3d 1047, 1055-56 (9th Cir. 2007).  Therefore, Plaintiff has lost the privilege of filing this lawsuit *in forma pauperis*.  Because Plaintiff did pay the $405.00 filing fee, Plaintiff may not proceed with this action.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's application to proceed *in forma pauperis*, ECF No. 2 is **DENIED.**

2. This action is **DISMISSED WITHOUT PREJUDICE** for non-payment of the filing fee as required by 28 U.S.C. § 1914.

3. The Court certifies any appeal of this dismissal would not be taken in good faith.

ORDER - 2

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, provide a copy to Plaintiff, and **CLOSE THE FILE**.

DATED December 30, 2025.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3