AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 30, 2025**

SEAN F. McAVOY, CLERK

IMMANUEL CHREISMAN,
a.k.a. Jospeh Tyler Littlefield (DOC # 367229),
*Plaintiff*
v.

JENNIFER ADAMS, JANE DOE JORDAN,
PAUL DANIELS, KARI STYLES, ROBERT JACKSON,
JANE DOE, JOHN DOE and SANDY JACOBSEN,
*Defendants*

Civil Action No. 4:25-cv-05129-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's application to proceed in forma pauperis, ECF No. 2 is DENIED.
This action is DISMISSED WITHOUT PREJUDICE for non- payment of the filing fee as required by 28 U.S.C. § 1914.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge MARY K. DIMKE

Date: 12/30/2025

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*